UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VINCENT CLEMENT, on behalf of himself and all others similarly situated,

                              Plaintiff,

-v.-

R.M. WILLIAMS US NY, LLC,

                              Defendant.

Civil Action No: 1:23-cv-6513

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Vincent Clement ("Plaintiff") and Defendant, R.M. Williams US NY, LLC, ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") respectfully notify this Court that:

1. The Parties have agreed to settle this matter. A Settlement Agreement is in the process of being finalized and executed between the Parties.

2. Once the Settlement Agreement is fully executed, and Plaintiff has received the settlement monies, the Parties will submit a Joint Stipulation of Dismissal with Prejudice, and request the case be closed.

3. Given the settlement, the Parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED, this 11th day of December, 2023

                                                                                        */s/Mark Rozenberg*
                                                                                       Mark Rozenberg, Esq.
                                                                                       **Stein Saks, PLLC**
                                                                                       One University Plaza
                                                                                       Hackensack, NJ 07601
                                                                                       Ph: 201-282-6500
                                                                                       mrozenberg@steinsakslegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 11, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Mark Rozenberg*
      Mark Rozenberg, Esq.